UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:12cv905 (WOB-MRM)**

**JAMES ANTONIO CAPELL**                                                              **PETITIONER**

VS.                                         <u>**JUDGMENT**</u>

**WARDEN, LONDON**
**CORRECTIONAL INSTITUTION**                                          **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 12), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 15), and the Court having sufficiently considered the matter, and being advised,

**IT IS ORDERED AND ADJUDGED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that the Petition for a Writ of Habeas Corpus (Doc. #2), pursuant to 28 U.S.C. 2254 be, and it hereby is, **denied with prejudice**, and this matter is hereby **dismissed with prejudice** from the docket of this court. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would not be taken in "good faith."

This 21st day of May, 2014.



Signed By:
<u>*William O. Bertelsman*</u> WOB
United States District Judge